UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIYANI M. MCCOY, | : | Civil No. 3:15-CV-00629 |
| | : | |
| Plaintiff, | : | |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 25th day of May, 2016, in accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter judgment in favor of Kiyani M. McCoy and against Carolyn W. Colvin, Acting Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Kiyani M. McCoy social security disability insurance benefits and supplemental security income benefits is VACATED and the case is REMANDED to the Commissioner of Social Security to fully develop the record, conduct a new administrative hearing, and appropriately evaluate the medical and vocational evidence.

    3.    The Clerk of Court shall close this case.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: May 25, 2016